UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:

PETE C. GRIJALVA, and
ETELVINA M. GRIJALVA,

Debtor(s).

Chapter 13

Case No. 2:19-bk-00592-BKM

**MOTION TO VACATE ORDER OF DISMISSAL AND TO REINSTATE CASE**

Debtor(s), <u>PETE C.GRIJALVA, and ETELVINA M. GRIJALVA</u>, move the Court to issue an order vacating dismissal of the case and reinstating the case. In support of this motion, Debtor(s) state:

1. The Debtor filed the Voluntary Chapter 13 Bankruptcy Petition on January 18, 2019, to stop the foreclosure of Debtors' residence, and the Schedules, Statement of Affairs, Chapter 13 Plan, Pay Record and 22C were due within 14 days thereof. This case was dismissed for the failure to comply with this requirement.
2. The Schedules, Statement of Affairs, Chapter 13 Plan, Pay Record and 22C are prepared, reviewed and executed by the Debtors.
3. All required documents have been filed. No parties shall be adversely affected by the reinstatement of this case.

If the deadline(s) for filing complaints under FED.R BANKR.P. 4004(a) or 4007(c), motions under FED.R.BANKR.P. 1017(e), or proofs of claim under FED.R.BANKR.P. 3002(c) expired on or after the date the case was dismissed, or if less than thirty (30) days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under FED.R.BANKR.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case.

WHEREFORE, Debtor(s) request that the Court enter an order vacating the dismissal and reinstating this case, and for such other and further relief as the Court deems just and proper.

Dated: February 5, 2019

/s/ Martin J. Berkley
Martin J. Berkley, Attorney for Debtors

In re: Grijalva
Case No: 2:19-bk-00592-BKM