# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

PETE C. GRIJALVA, and
ETELVINA M. GRIJALVA,

Debtor.

Chapter 13 Proceeding

Case No. 2:19-bk-00592-BKM

**ORDER GRANTING MOTION TO VACATE ORDER OF DISMISSAL AND REINSTATE CASE**

THIS MATTER coming before the Court on Debtors' Motion to Vacate Order of Dismissal and to Reinstate Case; and,

THE COURT being fully advised in the premises:

IT IS ORDERED that the above-captioned case is reinstated. If the deadline(s) for filing complaints under Fed.R Bankr.P. 4004(a) or 4007(c), motions under Fed.R.Bankr.P. 1017(e), or proofs of claim under Fed.R.Bankr.P. 3002(c) expired on or after the date the case was dismissed, or if less than thirty (30) days remains until such deadline, Debtor(s) waive the right to object to complaints, motions, or proofs of claim filed under Fed.R.Bankr.P. 4004(a), 4007(c), 1017(e), and 3002(c) on grounds of timeliness, so long as they are filed in the thirty (30) days following notice of reinstatement of the case.

SIGNED AND DATED ABOVE.