# Notice Recipients

District/Off: 0970–2  User: trippl  Date Created: 2/6/2019
Case: 2:19–bk–00592–BKM  Form ID: pdf002  Total: 124

**Recipients of Notice of Electronic Filing:**
tr   EDWARD J. MANEY   service@maney13trustee.com
aty  MARTIN J. BERKLEY   mjberkley@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | PETE C. GRIJALVA, JR. | 1159 E. DEL RIO STREET   GILBERT, AZ 85295 |
| jdb | ETELVINA M. GRIJALVA | 1159 E. DEL RIO STREET   GILBERT, AZ 85295 |
| cr | PRA Receivables Management, LLC | PO Box 41021   Norfolk, VA 23541 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION   1600 W. MONROE, 7TH FL.   PHOENIX, AZ 85007–2650 |
| 15426417 | ARSTRAT | 9800 Centre Pkwy # 1100   Houston TX 77036 |
| 15426409 | Alpha Recovery Corp | POB 1259   Dept # 136480   Oaks PA 19456 |
| 15403692 | American General Finan | 7116 Eagle Crest Blvd   Evansville IN 47715 |
| 15426410 | American General Finan | 7116 Eagle Crest Blvd   Evansville IN 47715 |
| 15426411 | American Medical Associates | 2531 S. Gilbert Rd, Ste 111   Gilbert AZ 85295–5892 |
| 15426412 | Anethesia Resources | 2000 e Southgern Ave   Tempe AZ 85282 |
| 15426413 | Arizona Oncology Assoc | POB 731090   Dallas TX 75391–1090 |
| 15426414 | Arizona Pain Treatment Centers–Mesa | 4860 E Baseline Rd Ste 103   Mesa AZ 85206 |
| 15426415 | Arizona Specialty Hospital | c/o MNET Funancial   95 Aronut Ste 200   Aliso Viejo CA 92656 |
| 15426416 | Arizona Surgical Hospital | 15305 Dallas Pkwy Ste 1600 LB–32   Addison TX 75001 |
| 15426418 | Asset Recovery Solutions | 2200 E. Devon Ave. Ste 200   Des Plaines IL 60018–4501 |
| 15403690 | Az Dept of Revenue | Tech Compliance, Bk Unit   1660 W. Monroe, Rm 110   Phoenix AZ 85007 |
| 15426407 | Az Dept of Revenue | Tech Compliance, Bk Unit   1660 W. Monroe, Rm 110   Phoenix AZ 85007 |
| 15426419 | Az Pain Specialists | POB 748447   Los Angeles CA 90074 |
| 15403693 | Bank Of America | 4909 Savarese Circle   Fl1–908–01–50   Tampa FL 33634 |
| 15426420 | Bank Of America | 4909 Savarese Circle   Fl1–908–01–50   Tampa FL 33634 |
| 15403694 | Berlin–Wheeler Inc. | Attn: Bankruptcy   Po Box 479   Topeka KS 66601 |
| 15426421 | Berlin–Wheeler Inc. | Attn: Bankruptcy   Po Box 479   Topeka KS 66601 |
| 15403695 | Bridgecrest | Attn: Bankruptcy   7300 E Hampton Ave, Ste 100   Mesa AZ 85209 |
| 15426422 | Bridgecrest | Attn: Bankruptcy   7300 E Hampton Ave, Ste 100   Mesa AZ 85209 |
| 15405682 | Bridgecrest Credit Company,LLC | PO BOX 29018   PHOENIX, AZ 85038 |
| 15426423 | Bureau of Medical Economics | PO Box 29247   Phoenix AZ 85036 |
| 15403697 | CC Holdings | Attn: Card Services   Po Box 9201   Old Bethpage NY 11804 |
| 15426428 | CC Holdings | Attn: Card Services   Po Box 9201   Old Bethpage NY 11804 |
| 15426432 | CKS Financial | POB 2856   Chesapeake VA 23327–2856 |
| 15426433 | CMRE Financial Services | 3075 E. Imperial Hwy. #200   Brea CA 92821 |
| 15414113 | CW Nexus Credit Card Holdings I LLC | c/o Resurgent Capital Services   PO Box 10368   Greenville, SC 29603–0368 |
| 15426424 | Capital Management Services | 698 1/2 S. Ogden St   Buffalo NY 14206–2317 |
| 15403696 | Capital One | Attn: Bankruptcy   Po Box 30285   Salt Lake City UT 84130 |
| 15426425 | Capital One | Attn: Bankruptcy   Po Box 30285   Salt Lake City UT 84130 |
| 15426426 | Carpenter Hazelwood | Re: Springtree of S Gilbert HOA   1400 E. Southern Ave., Ste 400   Tempe AZ 85282 |
| 15426427 | Carson Smithfield LLC | POB 660397   Dallas TX 75266 |
| 15426429 | Central Credit Service | POB 15118   Jacksonville FL 32239–5118 |
| 15426430 | Chandler Radiology | PO Box 15638   Scottsdale AZ 85267 |
| 15403698 | Citicards Cbna | Citi Bank   Po Box 6077   Sioux Falls SD 57117 |
| 15426431 | Citicards Cbna | Citi Bank   Po Box 6077   Sioux Falls SD 57117 |
| 15403699 | Conn's HomePlus | Attn: Bankruptcy Dept   Po Box 2358   Beaumont TX 77704 |
| 15426434 | Conn's HomePlus | Attn: Bankruptcy Dept   Po Box 2358   Beaumont TX 77704 |
| 15403700 | Credit One Bank | Attn: Bankruptcy   Po Box 98873   Las Vegas NV 89193 |
| 15426435 | Credit One Bank | Attn: Bankruptcy   Po Box 98873   Las Vegas NV 89193 |
| 15426436 | East Valley Diabetics and Ednocrinology | 4100 S Lindsay Rd Ste 130   Gilbert AZ 85297 |
| 15426437 | Eric A. Eifler, MD PLLC | 2905 W. Warner Rd   Chandler AZ 85224 |
| 15426439 | FBCS Inc. | 2200 Byberry Rd., Ste. 120   Hatboro PA 19040–3738 |
| 15426438 | Family Strateges and Coaching | 735 S. Alma School Rd, Ste 230   Mesa AZ 85210 |
| 15403701 | First Premier Bank | Attn: Bankruptcy   Po Box 5524   Sioux Falls SD 57117 |
| 15426440 | First Premier Bank | Attn: Bankruptcy   Po Box 5524   Sioux Falls SD 57117 |
| 15403702 | First Savings Credit Card | 500 E 60th St N   Sioux Falls SD 57104 |
| 15426441 | First Savings Credit Card | 500 E 60th St N   Sioux Falls SD 57104 |
| 15426442 | Firstsource | POB 628   Buffalo NY 14240–0628 |
| 15403703 | Flagship Credit Acceptance | Po Box 965   Chadds Ford PA 19317 |
| 15426443 | Flagship Credit Acceptance | Po Box 965   Chadds Ford PA 19317 |
| 15426444 | GC Services Limited Partnership | Collection Agency Division   P.O. Box 3855   Houston TX 77253 |

| | | | | |
|---|---|---|---|---|
| 15403704 | Gen Business Recoverie | Attn: Bankruptcy Dept | Po Box 41960 | Tucson AZ 85717 |
| 15426445 | Gen Business Recoverie | Attn: Bankruptcy Dept | Po Box 41960 | Tucson AZ 85717 |
| 15426446 | Guglielmo & Assoc | PO Box 41688 | Tucson AZ 85717 | |
| 15426447 | Gurstel Law Firm, PC | 9320 E. Raintree Dr. Ste 100 | Scottsdale AZ 85260–2072 | |
| 15403705 | Healthcare Collections, Llc | Attn: Bankruptcy Dept | Po Box 82910 | Phoenix AZ 85071 |
| 15426448 | Healthcare Collections, Llc | Attn: Bankruptcy Dept | Po Box 82910 | Phoenix AZ 85071 |
| 15403691 | Internal Revenue Service | PO Box 7346 | Philadelphia PA 19101–7346 | |
| 15426408 | Internal Revenue Service | PO Box 7346 | Philadelphia PA 19101–7346 | |
| 15426449 | Ironwood Physicians | POB 29901 Dept 991 | Phoenix AZ 85038–0901 | |
| 15426450 | Jason J Leroy | 6740 NOracle Rd Ste 151 | Tucson AZ 85704 | |
| 15403706 | Jn Portfolio Debt Equities, LLC | Attn: Bankruptcy | 5757 Phantom Dr. Ste 225 | Hazelwood MO 63042 |
| 15426451 | Jn Portfolio Debt Equities, LLC | Attn: Bankruptcy | 5757 Phantom Dr. Ste 225 | Hazelwood MO 63042 |
| 15403707 | Kohls/Capital One | Kohls Credit | Po Box 3120 | Milwaukee WI 53201 |
| 15426452 | Kohls/Capital One | Kohls Credit | Po Box 3120 | Milwaukee WI 53201 |
| 15403709 | LVNV Funding LLC | PO Box 10497 | Greenville SC 29603–0584 | |
| 15426454 | LVNV Funding LLC | PO Box 10497 | Greenville SC 29603–0584 | |
| 15403708 | Lendmark Financial Services | 1735 North Brown Road | Suite 300 | Lawrenceville GA 30043 |
| 15426453 | Lendmark Financial Services | 1735 North Brown Road | Suite 300 | Lawrenceville GA 30043 |
| 15413633 | MERRICK BANK | Resurgent Capital Services | PO Box 10368 | Greenville, SC 29603–0368 |
| 15426455 | MarquisDiagnostic Imaging | POB 934692 | Atlanta GA 31193–4692 | |
| 15426456 | Merchantile Adjustment Burreau | POB 9016 | Buffalo NY 14231–9016 | |
| 15426457 | Merchants & Medical Credit Corp | 6324 Taylor Drive | Flint MI 48507–4685 | |
| 15426458 | Mercy Gilbert Med Ctr | File 50576 | Los Angeles CA 90074–6233 | |
| 15403710 | Merrick Bank/CardWorks | Attn: Bankruptcy | Po Box 9201 | Old Bethpage NY 11804 |
| 15426459 | Merrick Bank/CardWorks | Attn: Bankruptcy | Po Box 9201 | Old Bethpage NY 11804 |
| 15403711 | Microf LLC | POB 70085 | | |
| 15426460 | Microf LLC | POB 70085 | Albany GA 31708–0085 | |
| 15426461 | Midland Credit Mgmt | 8875 Aero Dr Ste 200 | San Diego CA 92123 | |
| 15403712 | Midland Funding | 2365 Northside Dr Ste 300 | San Diego CA 92108 | |
| 15426462 | Midland Funding | 2365 Northside Dr Ste 300 | San Diego CA 92108 | |
| 15426463 | Neurology and Sleep Medicacine | c/o TCS | 3200 N Hayden Rd Ste 110 | Scottsdale AZ 85251 |
| 15426464 | Northland Group | PO Box 390846 | Minneapolis MN 55439 | |
| 15403713 | OneMain Financial | Attn: Bankruptcy | 601 Nw 2nd Street | Evansville IN 47708 |
| 15426465 | OneMain Financial | Attn: Bankruptcy | 601 Nw 2nd Street | Evansville IN 47708 |
| 15403714 | Oportun | 1600 Seaport Blvd | Suite 250 | Redwood City CA 94063 |
| 15426466 | Oportun | 1600 Seaport Blvd | Suite 250 | Redwood City CA 94063 |
| 15404934 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 15426467 | Peter Balsino | POB 13428 | Tempe AZ 85284 | |
| 15403715 | Portfolio Recovery Service (p) | PO Box 41067 | Norfolk VA 23541–1067 | |
| 15426468 | Portfolio Recovery Service (p) | PO Box 41067 | Norfolk VA 23541–1067 | |
| 15426469 | Progressive Leasing | 256 W. Data Drive | Draper UT 84020 | |
| 15426473 | RSI Enterprises, Inc. | PO Box 16190 | Phoenix AZ 85011–6190 | |
| 15426470 | Radius Global Solutions | POB 390846 | Minneapolis MN 55439 | |
| 15426471 | Ready GI Assoc | 1810 S Crismon Rd ste 191 | Mesa AZ 85209 | |
| 15403716 | Republic Bank re elastic.com | Elastic Loan Servicing/Bankruptcy | POB 70749 | Louisville KY 40270 |
| 15426472 | Republic Bank re elastic.com | Elastic Loan Servicing/Bankruptcy | POB 70749 | Louisville KY 40270 |
| 15426476 | SMI Imaging | 3075 E. Imperial Hwy | Brea CA 92821 | |
| 15426481 | SRA Assoc | 401 Minnetonka Rd | Somerdale NJ 08083 | |
| 15426474 | San Pedro Anesthesia | 77 Calle Portal Ste B260–A | Sierra Vista AZ 85635 | |
| 15426475 | San Tan Allergy and Asthma | 4915 E Baseline Rd Ste 112 | Gilbert AZ 85234–2966 | |
| 15426477 | Smile Today Gilbert | 2487 S Gilbert Rd Ste 105 | Gilbert AZ 85295 | |
| 15426478 | Sonoran Quest Laboratories | PO Box 52880 | Phoenix AZ 85072–2880 | |
| 15403717 | Speedy Cash | POB 780408 | Wichita KS 67278 | |
| 15426479 | Speedy Cash | POB 780408 | Wichita KS 67278 | |
| 15426480 | Springtree Homeowners' Assoc | c/o Gerson Realty & Mgmt | POB 27476 | Tempe AZ 85285–7476 |
| 15426482 | Superlative RM | 9355 E Stockton Blvd Ste 210 | Elk Grove CA 95624 | |
| 15403718 | Synchrony Bank/Amazon | Attn: Bankruptcy Dept | Po Box 965060 | Orlando FL 32896 |
| 15426483 | Synchrony Bank/Amazon | Attn: Bankruptcy Dept | Po Box 965060 | Orlando FL 32896 |
| 15403719 | Synchrony Bank/Care Credit | Attn: Bankruptcy Dept | Po Box 965061 | Orlando FL 32896 |
| 15426484 | Synchrony Bank/Care Credit | Attn: Bankruptcy Dept | Po Box 965061 | Orlando FL 32896 |
| 15403720 | Synchrony Bank/Walmart | Attn: Bankruptcy Dept | Po Box 965060 | Orlando FL 32896 |
| 15426485 | Synchrony Bank/Walmart | Attn: Bankruptcy Dept | Po Box 965060 | Orlando FL 32896 |
| 15403721 | Toyota Financial Services | Attn: Bankruptcy | Po Box 8026 | Cedar Rapids IA 52409 |
| 15426486 | Toyota Financial Services | Attn: Bankruptcy | Po Box 8026 | Cedar Rapids IA 52409 |
| 15403722 | Wells Fargo Home Mortgage | Attn: Bankruptcy | Po Box 10335 | Des Moines IA 50306 |
| 15426487 | Wells Fargo Home Mortgage | Attn: Bankruptcy | Po Box 10335 | Des Moines IA 50306 |

TOTAL: 122